1
2
3
4                                                                          JS-6
5
6
7
8                          **UNITED STATES DISTRICT COURT**
9                          **CENTRAL DISTRICT OF CALIFORNIA**
10
11   AMBER ZANETA                         Case No. 2:19-cv-03208-MAA
12   CRUTCHFIELD,
13                 Plaintiff,             **JUDGMENT**
14          v.
15   ANDREW M. SAUL,
     Commissioner of Social Security,
16
                     Defendant.
17
18
19          In accordance with the Memorandum Decision and Order Affirming Decision
20   of the Commissioner filed herewith,
21          IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social
22   Security is affirmed and this matter is dismissed with prejudice.
23   DATED:  April 29, 2020
24
25                                       _____
26                                       MARIA A. AUDERO
                                         UNITED STATES MAGISTRATE JUDGE
27
28